# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARIANE VEAL** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-3379** |
| **HYATT CORPORATION** | **SECTION I** |

## ORDER

On this date the Court held a telephonic status conference with counsel for all parties participating. The Court discussed remaining arguments raised in the defendant's pending motion for partial dismissal[1] and plaintiff Ariane Veal's arguments in opposition thereto.[2]

Counsel for the plaintiff confirmed to the Court that Veal is unopposed to dismissal of her claim for liquidated damages under the ADA. Counsel also confirmed that Veal is unopposed to the dismissal of her ADA failure to accommodate claim to the extent that it is based on the defendant's alleged failure to provide FMLA leave, as FMLA leave is not an accommodation for purposes of the ADA. Accordingly, the Court will grant the partial motion to dismiss as it pertains to these claims.

---

[1] R. Doc. No. 8. The Court previously granted the motion in part as unopposed. R. Doc. No. 19.
[2] R. Doc. No. 13.

The Court also explained to the parties that it is granting Veal's request for leave to amend her complaint and is therefore denying the remaining arguments in the defendant's partial motion to dismiss without prejudice. It cautioned Veal's counsel that it would not grant such leave again, absent good cause.

Finally, the parties discussed the need for the defendant to depose Veal prior to filing a motion for summary judgment, as well as Veal's counsel's concern about her pending surgery and its possible effect on her ability to participate in the case.

Pursuant to the discussion during the conference,

**IT IS ORDERED** that the defendant's motion[3] for partial dismissal is **GRANTED IN PART AS UNOPPOSED**, as set forth herein, insofar as Veal's claims for liquidated damages under the ADA and for a failure to accommodate under that statute based on Hyatt's alleged failure to provide or continue to provide FMLA leave are **DISMISSED WITH PREJUDICE**. In all other respects, the motion is **DENIED WITHOUT PREJUDICE** to the arguments therein being re-urged in a later motion.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint no later than **JULY 14, 2021**.

**IT IS FURTHER ORDERED** that Veal shall make herself available for deposition by defendant no later than **WEDNESDAY, JULY 28, 2021**. Should Veal's medical condition render this impractical, her counsel shall provide the Court with medical documentation of the issue as soon as possible.

---

[3] R. Doc. No. 8.

**IT IS FURTHER ORDERED** that defendant may file a motion for summary judgment no later than three weeks following Veal's deposition.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**