UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ARIANE VEAL**                                           **CIVIL ACTION**

**VERSUS**                                                **NO. 20-3379**

**HYATT CORPORATION**                                     **SECTION: "I" (3)**

This Court has been advised that the above-captioned case has settled. U.S. Magistrate Judge Dana M. Douglas and counsel are thanked for their assistance.

New Orleans, Louisiana, this 26th day of August, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE