UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARIANE VEAL | CIVIL ACTION NO. 20-3379 |
| VERSUS | SECTION "I"<br>JUDGE AFRICK |
| HYATT CORPORATION, D/B/A<br>GLOBAL CONTACT CENTER | MAG. DIV. (3)<br>MAGISTRATE JUDGE DOUGLAS |

**ORDER**

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Plaintiff, Ariane Veal, and Defendant, Hyatt Corporation, d/b/a Global Contact Center; accordingly,

IT IS HEREBY ORDERED that the Joint Motion to Dismiss With Prejudice be, and the same is hereby GRANTED, and it is further ordered that this proceeding be, and is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees, as agreed to by the parties.

New Orleans, Louisiana, this ____ day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE