# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARIANE VEAL | CIVIL ACTION |
| VERSUS | No. 20-3379 |
| HYATT CORPORATION | SECTION I |

## ORDER

Considering the parties' joint motion[1] to dismiss with prejudice, which states that all parties to this action have reached a compromise,

**IT IS ORDERED** that the motion is **GRANTED** and that the above-captioned case be and hereby is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. Each party shall bear its own costs.

New Orleans, Louisiana, October 18, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 39.